```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  WAYNE PARKS,
11         Petitioner,            No. CIV S-09-1263 DAD P
12     vs.
13  MATTHEW CATE,
14         Respondent.            ORDER
15  _____/
```

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma
18  pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).
19  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of
20  a request to proceed in forma pauperis or submit the appropriate filing fee.
21          In accordance with the above, IT IS HEREBY ORDERED that:
22          1. Petitioner shall submit, within thirty days from the date of this order, an
23  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24  petitioner's failure to comply with this order will result in a recommendation for dismissal of this
25  action; and
26  /////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: May 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
park1263.101a

2